# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DAVID NORWOOD, SCOTT NORWOOD,** and **SCOTT NORWOOD** as the trustee for the **ESTATE OF NANCY W. NORWOOD,**
Appellants,

v.

**WELLS FARGO BANK, N.A., et al.,**
Appellee.

No. 4D19-872

[July 9, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 2016-CA-000042.

Mark L. Pomeranz of Pomeranz & Associates, P.A., Hallandale, for appellants.

Brittney L. Difato, Sara F. Holladay-Tobias, and Emily Y. Rottmann of McGuireWoods LLP, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*[1]

DAMOORGIAN, FORST and ARTAU, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***

---

[1] We are mindful of the issuance of Administrative Order SC20-23, Amendment 4 (the requirement in Florida Rule of Civil Procedure 1.580(a) for the clerk to issue a writ of possession "forthwith" remains suspended through June 30, 2020) and Executive Order 20-159 (extending, until 12:01 a.m. on August 1, 2020, Executive Order 20-94, which suspends and tolls any statute providing for a mortgage foreclosure cause of action under Florida law). We trust any motions directed to those orders shall be filed in the lower tribunal upon issuance of our mandate.